DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HILTON WIENER,**
Appellant,

v.

**ILA WIENER** n/k/a **ILA LERNER,**
Appellee.

No. 4D18-1440

[March 7, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502010DR009006XXXXSB FX.

Daniel A. Hershman of Hershman Law PA, West Palm Beach, for appellant.

Holly Davidson Schuttler and Stacey D. Mullins of Schuttler Greenberg & Mullins, LLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***